■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERROL GILCHRIST, Appellant. [699 NYS2d 681] —Judgment, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered May 28, 1997, convicting defendant, upon his plea of guilty, of assault in the second degree and attempted assault in the

second degree, and sentencing him to a term of 2 to 6 years on the assault conviction and, as a second violent felony offender, to a term of 3 years on the attempted assault conviction, unanimously modified, on the law, to the extent of reducing the sentence on the conviction for attempted assault in the second degree to a term of 2 to 4 years, as a second felony offender, and otherwise affirmed.

As the People correctly concede, defendant was improperly sentenced as a second violent felony offender on his conviction for attempted assault in the second degree. Accordingly, we find him to be a second felony offender with respect to that conviction, and modify the sentence on that conviction to 2 to 4 years. Concur—Rosenberger, J. P., Tom, Mazzarelli, Lerner and Rubin, JJ.